UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ALMAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-02444-TLN-KJN<br><br>**ORDER** |

　　　　Plaintiff Jose Luis Almarez ("Plaintiff"), a prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 9, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 7.)  On March 19, 2021, the magistrate judge filed a second set of findings and recommendations which were also served on Plaintiff and contained notice that any objections were to be filed within fourteen days.  (ECF No. 10.)  Plaintiff has not filed objections to any of the findings and recommendations.

　　　　Although it appears from the file that Plaintiff's copies of the Findings and Recommendations were returned, Plaintiff was properly served.  It is Plaintiff's responsibility to

///

1

keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 9, 2021 and March 19, 2021 (ECF Nos. 7, 10), are ADOPTED IN FULL;

2. Plaintiff's request to bring a class action is DENIED; and

3. This action is DISMISSED without prejudice for failure to prosecute. *See* E.D. Cal. L.R. 183(b).

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: June 8, 2021

Troy L. Nunley
United States District Judge